UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LACHRISHA N. SLATTON | ) | BK No.: 21-04423 |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |
| THE ILLINOIS DEPARTMENT<br>OF EMPLOYMENT SECURITY | ) | Adv. No.: 21-00092 |
| Plaintiff(s) | ) | |
| LACHRISHA N. SLATTON | ) | |
| Defendant(s) | ) | |

## DEFAULT JUDGMENT DECLARING DEBT NON-DISCHARGEABLE

This matter coming on to be heard on the plaintiff's motion for default and default judgment, the defendant having been served with the complaint and having failed to appear or answer, due notice of the motion having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The motion for default is granted.

2. Judgment is entered in favor of plaintiff Illinois Department of Employment Security (IDES) and against defendant, LACHRISHA N. SLATTON on the complaint.

3. LACHRISHA N. SLATTON owes IDES a debt in the amount of $16,907.81, and that debt is declared non-dischargeable under 11 U.S.C. §523(a)(2)(A).

Enter: _____

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: August 09, 2021

**Prepared by:**

ANDREW L. DRYJANSKI
Assistant Attorney General
33 S. State Street-Suite 992
Chicago, Illinois 60602
(312) 793-9210